# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Kathleen Ruth Face-Papa

              V.         **JUDGMENT IN A CIVIL CASE**

Michael B. Galasso, James V. Barone, and Doe 2

              CASE NUMBER: 07cv01663-BEN (JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion to Proceed In Forma Pauperis is denied. Accordingly, the Complaint is dismissed without prejudice.

| November 5, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A.Everill
(By) Deputy Clerk

ENTERED ON November 5, 2007